UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

WILLIAM SNYDER

                                        Plaintiff,

    v.
                                        Civil Action No.
                                        9:09-cv-1364 (GLS/RFT)

CINDY LAW, P.A., CNYPC and
DR. YOUNG CHU, Psychiatrist,
CNYPC

                                        Defendants.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

WILLIAM SNYDER
Plaintiff *Pro Se*
93-B-2024
Sullivan Correctional Facility
Box 116
Fallsburgh, New York 12733

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN    CHARLES J. QUACKENBUSH,
Attorney General of the              ESQ.
State of New York                     Assistant Attorney General
The Capitol
Albany, New York 12224-0341

GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed December 21, 2010. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed December 21, 2010 (Dkt. No. 21) is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED, that the defendants' Motion to Dismiss (Dkt. No. 10) is GRANTED and the Complaint is DISMISSED; and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties by regular mail.

IT IS SO ORDERED.

Dated:   January 12, 2011
         Albany, New York

Gary L. Sharpe
U.S. District Judge

2